UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:13-cr-57 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| ROBERT C. HENSLEY, JR., | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS (Doc. 31) AND FINDING THAT DEFENDANT SHOULD BE APPOINTED COUNSEL ON APPEAL (Doc. 30)

This case is before the Court on Defendant's Motion to Proceed *In Forma Pauperis* (Doc. 31) and Defendant's request that counsel be appointed for purposes of appeal. For the reasons set forth in Defendant's Motions, and finding that Defendant is indigent as reflected in the affidavit attached to his Motion to Appoint Counsel (Doc. 30), the Court **GRANTS** Defendant's Motions. As a result, the Court **GRANTS** leave to appeal *in forma pauperis* and finds that Defendant should be appointed counsel for purposes of appeal. Trial counsel shall be terminated as counsel of record for Defendant.

**IT IS SO ORDERED.**

Date: 12/23/13

*Timothy S. Black*
Timothy S. Black
United States District Judge